O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-8433-AHM (FMOx) | Date | August 3, 2009 |
|---|---|---|---|
| Title | XIOMARA AJURIA, et al. v. CITY OF LOS ANGELES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Antonio Lopez, *pro se* | Michael S. Carrillo | |

**Proceedings:**   MOTION OF LUIS A. CARRILLO TO WITHDRAW AS ATTORNEY FILED BY PLAINTIFF ANTONIO LOPEZ [36] (non-evidentiary)

Cause called; appearances made. Plaintiff Antonio Lopez is assisted by a friend, Claria Alvarez, acting as his Spanish language interpreter.

After questioning the parties, the Court conditionally grants the motion to withdraw as to plaintiff Antonio Lopez only. Mr. Carrillo must file a declaration stating that he has set forth in writing to Mr. Lopez all of the applicable scheduling orders that may still be in effect, reference to the Federal Rules of Civil Procedure, Federal Rules of Evidence, and local rules of this court that Mr. Lopez will be required to comply with if he chooses to continue his claims without a lawyer, notification of all of the responsibilities of an individual litigant to comply with the applicable requirements, and notification about the presence and the existence of the *pro se* clinic on the fifth floor of this building to assist people who lack a lawyer and are pursuing claims or being sued in this court.

Defendants are precluded from taking any further action against defendant Antonio Lopez for a period up to and including August 24, 2009.

|   | : | 14 |
|---|---|---|
| Initials of Preparer | | SMO |

cc: Antonio Lopez, *pro se*
    Post Office Box 63415
    Los Angeles, California 90063
    (213) 371-8374