1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

11  ANTONIO LOPEZ,                                         )        CASE NO. CV07-8433AHM (FMOx)
                                                          )
12                                                        )        [*The Hon. A. Howard Matz, Room 14*]
                                    *Plaintiff,*          )
13                                                        )
                  v.                                      )
14                                                        )
                                                          )        **JUDGMENT**
15  CITY OF LOS ANGELES, et al.,                          )
                                                          )
16                                                        )
                                    *Defendants*.         )
17                                                        )
                                                          )
18                                                        )
    _____            )
19                                                        )

20

21        The Court has received and considered the Individual Defendants' Motion for

22  Summary Judgment Or, In The Alternative, Partial Summary Judgment, brought by

23  Defendants William Bratton, Thomas J. MacDonald, Earl Paysinger, Cayler Carter and

24  Louis Gray.  Plaintiff Antonio Lopez did not file any papers in opposition.  Given the

25  merits of moving papers and the absence of any opposition, the Court hereby GRANTS

26  the Motion in its entirety.  Judgment is accordingly entered in favor of the following

27  . . .

28  . . .

1  defendants: William Bratton, Thomas J. MacDonald, Earl Paysinger, Cayler Carter and

2  Louis Gray.

3

4       IT IS SO ORDERED.

5

6  DATED: November 5, 2010                    _____

7                                              UNITED STATES DISTRICT JUDGE

**JS-6**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28